# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133075 & (19)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

RICHARD GARRNIT DYKHOUSE,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133075
COA: 271089
Kent CC: 79-024080-FY

On order of the Court, the application for leave to appeal the December 20, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand to the trial court is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

p0618